# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2026-1015
LT Case No. 10-2025-CF-874-A

———————————————

CHARLES JEFFREY MCPHERSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Charlie Cofer, Public Defender, and Michael Kennedy, Assistant
Public Defender, Green Cove Springs, for Petitioner.

No Appearance for Respondent.

April 24, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this
opinion shall be filed with the trial court and be treated as the
notice of appeal from the February 17, 2026 judgment and
sentence rendered in Case No. 10-2025-CF-874-A, in the Circuit
Court in and for Clay County, Florida. *See* Fla. R. App. P.
9.141(c)(6)(D).

PETITION GRANTED.

JAY, C.J., MAKAR, and LAMBERT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————